UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

CIVIL ACTION NO. 11-419-DLB-HBG

CARLTON E. SMITH                                                                                      PLAINTIFF

vs.                                              **JUDGMENT**

CITY OF KNOXVILLE, ET AL.                                                                   DEFENDANTS

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Pursuant to the Memorandum Opinion and Order filed concurrently herewith, **IT IS ORDERED AND ADJUDGED** that:

(1) Judgment is hereby **GRANTED** for Defendant City of Knoxville as to Plaintiff's federal claims against it, and those claims are hereby **DISMISSED WITH PREJUDICE**.

(2) Plaintiff's state law claims against Defendants Joel Ascencio, Brian Mullane, and City of Knoxville are hereby **DISMISSED WITHOUT PREJUDICE**.

(3) This action is **STRICKEN** from the active docket of this Court.

This 25th day of September, 2013.



Signed By:
David L. Bunning  DB
United States District Judge

G:\DATA\Opinions\Knoxville\11-419 #2 Judgment.wpd